# Court of Appeals
# of the State of Georgia

ATLANTA,___July 07, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1756.  MASON v. LAMAR et al.**

This appeal was docketed on May 22, 2014.  Appellant's brief and enumeration of errors were required to be filed no later than June 11, 2014.  See Court of Appeals Rule 23 (a) (an appellant's brief and enumeration of error shall be filed within 20 days after the appeal is docketed unless extended by this Court).  As of June 26, 2014, Appellant still had not submitted a brief and enumeration of errors, nor had Appellant requested an extension.  Accordingly, this appeal is hereby DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of his appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_07/07/2014_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*